IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00043-REB-MJW

UNITED LAUNCH ALLIANCE LLC,

Movant,

v.

ENERGIA LOGISTICS LTD.,

Respondent.

**ORDER ON NON-PARTY UNITED LAUNCH ALLIANCE, LLC'S MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER (Docket No. 1)**

**Entered by Magistrate Judge Michael J. Watanabe**

On March 31, 2015, the undersigned entered an order granting in part and denying in part Non-Party United Launch Alliance's Motion to Quash Subpoena.  (Docket No. 17.)  The time for filing an objection under Fed. R. Civ. P. 72 has long passed, and no other matters appear to be pending.  Accordingly, it is hereby ORDERED that the Clerk of Court is directed to close this case, subject to being reopened for good cause.

Dated:   May 4, 2015              */s/ Michael J. Watanabe*
         Denver, Colorado          Michael J. Watanabe
                                   United States Magistrate Judge